E-Filed: 11/13/08

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| Joaquin Siqueiros | ) | CV 08-6433-PSG (CWx) |
| | ) | |
| PLAINTIFF, | ) | **DISMISSAL BY COURT** |
| -VS- | ) | **FOR RE DISMISSAL** |
| Wells Fargo Bank, et al. | ) | |
| | ) | |
| DEFENDANT. | ) | |

On October 20, 2008, the Court issued an Order to Show Cause Re Dismissal. After receiving Plaintiff's Response, the Court finds that it lacks subject matter jurisdiction over this matter.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety. The Clerk is directed to close this case.

Dated: 11/13/08

_____
United States District Judge